HORACE INMAN et al., Appellants, *v.* F. N. BURT COMPANY, Respondent.

*Inman* v. *Burt Company,* 124 App. Div. 73, affirmed.
(Argued April 9, 1909; decided April 27, 1909.)

APPEAL from a order of the Appellate Division of the Supreme Court in the third judicial department, entered

April 3, 1908, which reversed a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial and granted a new trial in an action to recover the purchase price of a certain machine alleged to have been sold and delivered.

*Charles C. Hardies* and *Henry V. Borst* for appellants.

*Wallace Thayer* for respondent.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts, on opinion below.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Not sitting: WERNER, J.